OFFICE OF THE CLERK
*United States District Court*
DISTRICT OF MAINE
www.med.uscourts.gov

WILLIAM S. BROWNELL
CLERK

☒ Edward T. Gignoux Courthouse
156 Federal Street, Rm 102
Portland, Maine 04101
(207)780-3356 ext. 2211

☐ Margaret Chase Smith Courthouse
P.O. Box 1007
Bangor, Maine 04402
(207)945-0575

April 3, 2007

United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence RI 02903

**RE: USA v. RUBEN A. MELENDEZ**
**D/ME CRIMINAL NO. 04-91-P-H-02**

Dear Clerk:

Pursuant to the Transfer of Jurisdiction filed in the above matter on April 2, 2007, enclosed please find certified copies of the Indictment and Judgment of our case file, including a certified copy of our docket sheet and the Transfer of Jurisdiction Form.

Sincerely,

Melody Whitten
Deputy Clerk

Enc.

cc: U.S. Attorney's Office
U.S. Probation Office