SCANNED

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

2004 AUG 11 P 4:41
BY DEPUTY CLERK

UNITED STATES OF AMERICA )
vs. )
VLADIMIR BAEZ )
RUBEN A. MELENDEZ )
A.K.A. ALBERTO MARTINEZ-GARCIA )
A.K.A. JUNIOR )

Criminal No. 04-

(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

04-91-P-H

CR07-38S

**INDICTMENT**

The Grand Jury charges:

On July 16, 2004 in the District of Maine, the Defendants,

**VLADIMIR BAEZ**
**RUBEN A. MELENDEZ, A.K.A ALBERTO MARTINEZ-GARCIA, A.K.A. JUNIOR**

unlawfully possessed with intent to distribute cocaine, a controlled substance listed in Section 812 of Title 21, United States Code.

All in violation of Sections 841(a)(1) and 841(b)(1)(C) of Title 21, United States Code.

**SENTENCING ALLEGATION**

With respect to the Indictment, **BAEZ** and **MELENDEZ A.K.A. MARTINEZ-GARCIA** possessed with intent to distribute at least 300 grams of cocaine.

**A TRUE BILL.**

Foreperson

United States Attorney
Dated: 8/11/04

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By
Deputy Clerk