CLOSED

**U.S. District Court**
**District of Maine (Portland)**
**CRIMINAL DOCKET FOR CASE #: 2:04-cr-00091-DBH-2**

Case title: USA v. BAEZ et al
Magistrate judge case number: 2:04-mj-00073-DMC

Date Filed: 08/11/2004
Date Terminated: 01/27/2005

---

Assigned to: JUDGE D. BROCK HORNBY

CR07 385

**Defendant**

**RUBEN A MELENDEZ** (2)
*TERMINATED: 01/27/2005*
*also known as*
ALBERTO MARTINEZ-GARCIA (2)
*TERMINATED: 01/27/2005*
*also known as*
JUNIOR (2)
*TERMINATED: 01/27/2005*

represented by **BRUCE M. MERRILL**
225 COMMERCIAL STREET
SUITE 501
PORTLAND, ME 04101
775-3333
Email: mainelaw@maine.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**JOHN F. CICILLINE**
LAW OFFICE OF JOHN F. CICILLINE
387 ATWELLS AVENUE
PROVIDENCE, RI 02909
(401) 273-5600
Email: jfcicilline387@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - POSSESSION WITH INTENT TO DISTRIBUTE COCAINE IN VIOLATION OF 21:841(a)(1)
(1)

**Disposition**

FOURTEEN (14) MONTHS IMPRISONMENT TO BE FOLLOWED BY A THREE (3) YEAR TERM OF SUPERVISED RELEASE. $100.00 SPECIAL ASSESSMENT.

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By [signature]
Deputy Clerk

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=NP.F possession w/intent to distribute cocaine, 21:841(a)(1) | |

---

**Plaintiff**

**USA**

represented by **RENEE M. BUNKER**
OFFICE OF THE U.S. ATTORNEY
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
Email: renee.bunker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONATHAN A. TOOF**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
(207) 780-3257
Email:
USAME.FormerAusa@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2004 | | Arrest of VLADIMIR BAEZ, RAMON MELENDEZ per USMS (slh, ) [2:04-mj-00073-DMC] (Entered: 07/20/2004) |
| 07/19/2004 | 1 | COMPLAINT as to VLADIMIR BAEZ (1), RAMON MELENDEZ (2). (slh, )[2:04-mj-00073-DMC] (Entered: 07/20/2004) |
| 07/19/2004 | 8 | Minute Entry for proceedings held before Mag.Judge DAVID M. COHEN :Initial Appearance held as to VLADIMIR BAEZ, RAMON MELENDEZ, Attorney Appointment Hearing held as to VLADIMIR BAEZ, RAMON MELENDEZ, Added attorney PETER E. RODWAY for VLADIMIR BAEZ, B[2:04RUCE M. MERRILL for RAMON MELENDEZ. Detention Hearing set for 7/26/2004 09:30 AM in Hearing Room, Portland (before MAG. JUDGE DAVID M. COHEN). Preliminary Examination set for 7/26/2004 09:30 AM in Hearing Room, Portland (before MAG. JUDGE DAVID M. [2:04COHEN). (Court Reporter FTR)(Spanish Interpreter for dft BAEZ: Gladys Garcia) (slh, ) |

| | | |
|---|---|---|
| | | Dfts remanded to custody of USMS.[2:04-mj-00073-DMC] (Entered: 07/20/2004) |
| 07/19/2004 | 9 | Oral MOTION to Continue *Detention Hearing* by VLADIMIR BAEZ, RAMON MELENDEZ. (slh, )[2:04-mj-00073-DMC] (Entered: 07/20/2004) |
| 07/19/2004 | 10 | Oral ORDER granting [9] Motion to Continue Detention Hearing as to VLADIMIR BAEZ (1), RAMON MELENDEZ (2) By Mag.Judge WILLIAM S. BROWNELL. (slh, )[2:04-mj-00073-DMC] (Entered: 07/20/2004) |
| 07/19/2004 | 11 | ORDER OF TEMPORARY DETENTION as to VLADIMIR BAEZ, RAMON MELENDEZ By Mag.Judge WILLIAM S. BROWNELL. Detention Hearing set for 7/26/2004 09:30 AM in Hearing Room, Portland before MAG. JUDGE DAVID M. COHEN. Preliminary Examination set for 7/26/2004 09:3[2:040 AM in Hearing Room, Portland before MAG. JUDGE DAVID M. COHEN. (slh, )[2:04-mj-00073-DMC] (Entered: 07/20/2004) |
| 07/19/2004 | 3 | SYNOPSIS as to RAMON MELENDEZ (slh, )[2:04-mj-00073-DMC] (Entered: 07/20/2004) |
| 07/19/2004 | 5 | MOTION for Detention *w/request for 3 day continuance* by USA as to RAMON MELENDEZ. (slh, )[2:04-mj-00073-DMC] (Entered: 07/20/2004) |
| 07/19/2004 | 7 | CJA 23 Financial Affidavit by RAMON MELENDEZ (slh, )[2:04-mj-00073-DMC] (Entered: 07/20/2004) |
| 07/26/2004 | 13 | Minute Entry for proceedings held before Mag.Judge DAVID M. COHEN : Preliminary Examination Waived as to VLADIMIR BAEZ, RAMON MELENDEZ. Detention Hearing Waived as to VLADIMIR BAEZ, RAMON MELENDEZ (Court Reporter FTR) Court-appointed counsel now appe[2:04ar as retained local counsel.(Interpreter: Gladys Garcia for dft BAEZ) Dfts remanded to custody of USMS. (slh, )[2:04-mj-00073-DMC] (Entered: 07/27/2004) |
| 07/26/2004 | 14 | WAIVER of Preliminary Examination or Hearing by VLADIMIR BAEZ (slh, )[2:04-mj-00073-DMC] (Entered: 07/27/2004) |
| 07/26/2004 | 15 | WAIVER of Preliminary Examination or Hearing by RAMON MELENDEZ (slh, )[2:04-mj-00073-DMC] (Entered: 07/27/2004) |
| 07/26/2004 | 17 | ORDER OF DETENTION as to RAMON MELENDEZ By Mag.Judge DAVID M. COHEN. (slh, )[2:04-mj-00073-DMC] (Entered: 07/27/2004) |
| 07/26/2004 | 20 | NOTICE OF ATTORNEY APPEARANCE PRO HAC VICE: JOHN F. CICILLINE appearing for RAMON MELENDEZ (slh, )[2:04-mj-00073-DMC] (Entered: 07/28/2004) |
| 08/03/2004 | 22 | CJA 20 as to RAMON MELENDEZ : Appointment of Attorney BRUCE M. MERRILL for RAMON MELENDEZ. Original form to defense counsel . Signed by Deputy Clerk Hall per order of Mag.Judge |

| | | |
|---|---|---|
| | | WILLIAM S. BROWNELL on 7/19/04. (slh, )[2:04-mj-00073-DMC] (Entered: 08/03/2004) |
| 08/11/2004 | 23 | INDICTMENT as to VLADIMIR BAEZ (1) count(s) 1, RUBEN A MELENDEZ (2) count(s) 1. (mnm, ) (Entered: 08/12/2004) |
| 08/11/2004 | 25 | SYNOPSIS as to RUBEN A MELENDEZ (mnm, ) (Entered: 08/12/2004) |
| 08/16/2004 | 26 | NOTICE OF HEARING as to VLADIMIR BAEZ, RUBEN A MELENDEZ - Arraignment set for 8/18/2004 11:30 AM in Hearing Room, Portland before JUDGE D. BROCK HORNBY. Interpreter: Gladys Garcia. (mnm, ) (Entered: 08/16/2004) |
| 08/18/2004 | 27 | Minute Entry for proceedings held before Judge DAVID M. COHEN :Arraignment held as to VLADIMIR BAEZ (1) Count 1 and RUBEN A MELENDEZ (2) Count 1, Plea entered: Not Guilty on count ONE; Plea Accepted. Defendants Remanded to USMS. (Court Reporter FTR)(Interpreter: GLADYS GARCIA) (mnm, ) (Entered: 08/19/2004) |
| 08/18/2004 | 28 | ORDER IN RESPECT TO DISCOVERY as to VLADIMIR BAEZ, RUBEN A MELENDEZ - Motions due by 9/1/2004. Ready for Trial on 10/4/2004. By Judge DAVID M. COHEN. (mnm, ) (Entered: 08/19/2004) |
| 08/30/2004 | 29 | TRIAL LIST as to VLADIMIR BAEZ, RUBEN A MELENDEZ - Jury Selection set for 10/4/2004 9:00 AM in Courtroom 1 before JUDGE D. BROCK HORNBY. On Trial List for 10/4/2004.Trial Brief due by 9/27/2004. (mnm, ) (Entered: 08/30/2004) |
| 09/13/2004 | 31 | NOTICE OF HEARING as to RUBEN A MELENDEZ - Change of Plea Hearing set for 9/16/2004 2:30 PM in Courtroom 2 before JUDGE D. BROCK HORNBY. The defendant will be required to identify every prescription medication he is taking and to specify the dosage and frequency, purpose and effects of the medication. (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judges refusal to accept the plea. Counsel may find it convenient to use a written list for this purpose. Interpreter: Gladys Garcia. (mnm, ) (Entered: 09/13/2004) |
| 09/14/2004 | 32 | PROSECUTION VERSION as to VLADIMIR BAEZ, RUBEN A MELENDEZ (TOOF, JONATHAN) (Entered: 09/14/2004) |
| 09/16/2004 | 33 | Minute Entry for proceedings held before Judge D. BROCK HORNBY :Change of Plea Hearing held as to RUBEN A MELENDEZ, Guilty Plea entered ; Plea accepted. Prosecution Version admitted as a court exhibit for the purpose of this Rule 11 Hearing. Presentence Conference/Sentencing to be scheduled after 11/29/2004. Defendant Remanded to USMS.(Court Reporter CINDY PACKARD) (mnm, ) (Entered: 09/17/2004) |
| | | |

| | | |
|---|---|---|
| 09/16/2004 | 36 | PLEA AGREEMENT as to RUBEN A MELENDEZ (mnm, ) (Entered: 09/17/2004) |
| 11/02/2004 | 37 | NOTICE OF ATTORNEY APPEARANCE RENEE M. BUNKER appearing for USA. (BUNKER, RENEE) (Entered: 11/02/2004) |
| 11/30/2004 | 38 | NOTICE OF HEARING as to VLADIMIR BAEZ & RUBEN A MELENDEZ - Presentence Conference set for 1/27/2005 10:30 AM in Judge Hornby's Chambers before JUDGE D. BROCK HORNBY. Sentencing set for 1/27/2005 10:30 AM in Courtroom 2 before JUDGE D. BROCK HORNBY. INTERPRETER: LYNN S. HALLETT.(mnw, ) (Entered: 11/30/2004) |
| 01/25/2005 | 40 | MOTION *FOR DOWNWARD DEPARTURE*, MOTION *TO SEAL MOTION FOR DOWNWARD DEPARTURE AND RELATED DOCKET ENTRIES* by USA as to RUBEN A MELENDEZ. (mnw, ) Modified on 11/3/2006 to unseal docket entry and make it publicly available, Per Order #48 (mnw, ). (Entered: 01/26/2005) |
| 01/27/2005 | 41 | Minute Entry for proceedings held before Judge D. BROCK HORNBY :Presentence Conference held as to VLADIMIR BAEZ, RUBEN A MELENDEZ, Sentencing held on 1/27/2005 as to VLADIMIR BAEZ, RUBEN A MELENDEZ. Defendants Remanded to USMS. (Court Reporter PAULINE TERRY) (mnw, ) (Entered: 01/27/2005) |
| 01/27/2005 | 42 | ORAL ORDER granting [39] Sealed Motion as to VLADIMIR BAEZ, granting 40 Sealed Motion as to RUBEN A MELENDEZ - By Judge D. BROCK HORNBY. (mnw, ) Modified on 11/3/2006 to unseal docket entry and make it publicly available, Per Order #47 (mnw, ). (Entered: 01/27/2005) |
| 01/27/2005 | 44 | JUDGMENT as to RUBEN A MELENDEZ (2), Count(s) 1, FOURTEEN (14) MONTHS IMPRISONMENT TO BE FOLLOWED BY A THREE (3) YEAR TERM OF SUPERVISED RELEASE. $100.00 SPECIAL ASSESSMENT. By Judge D. BROCK HORNBY. (mnw, ) (Entered: 01/27/2005) |
| 02/01/2005 | 45 | AMENDED JUDGMENT as to RUBEN A MELENDEZ (2), Count(s) 1, FOURTEEN (14) MONTHS IMPRISONMENT TO BE FOLLOWED BY A THREE (3) YEAR TERM OF SUPERVISED RELEASE. $100.00 SPECIAL ASSESSMENT. - JUDGMENT AMENDED TO CORRECT THE DATE OF IMPOSITION OF JUDGMENT FROM JANUARY 27, 2004 TO JANUARY 27, 2005. By Judge D. BROCK HORNBY. (mnw, ) (Entered: 02/02/2005) |
| 08/02/2005 | 46 | SATISFACTION OF JUDGMENT filed by USA as to RUBEN A MELENDEZ (ROTH, EVAN) (Entered: 08/02/2005) |
| 08/14/2006 | 48 | ORDER RE: SEALED PLEADINGS by District Judge D. Brock Hornby. (mnw, ) Modified on 11/3/2006 to unseal docket entry and make it publicly available, Per Order #48 (mnw, ). (Entered: 08/14/2006) |
| | | |

| | | |
|---|---|---|
| 04/02/2007 | 49 | Supervised Release Jurisdiction Transferred to District of Rhode Island as to RUBEN A MELENDEZ. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (mnw, ) (Entered: 04/03/2007) |